UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10, 14, 2003
BY _____

Date:      October 14, 2003

Reply To:  Judge Rebecca F. Doherty

Subject:   Tyrelle Daly vs. Ortho-McNeil Pharmaceutical, Inc., et al, CV03-1018

To:        All Counsel of Record

## MINUTE ENTRY

Considering this Court's September 23, 2003 Minute Entry and the fact the record reflects the Supplemental Memorandum in Support of the Motion to Remand has not been filed and the Motion to Strike Supplemental & Amending Complaint was filed on October 8, 2003, and docketed on October 10, 2003, this Court will now hear the Motion to Remand and the Motion to Strike Supplemental & Amending Complaint on this Court's November 11, 2003 motion calendar.

COPY SENT:
DATE: 10-15-03
BY: _____
TO: Audry

