FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/19/2003
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| TYRELLE DALY | CIVIL ACTION NUMBER: 03-1018 |
| VERSUS | JUDGE DOHERTY |
| ORTHO-MCNEIL PHARMACEUTICAL | MAGISTRATE JUDGE HILL |

## ORDER

Considering the foregoing Memorandum Ruling;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Remand filed on behalf of plaintiff, Tyrelle Daly, [doc. #6] is hereby GRANTED and this matter shall be REMANDED to the 15th Judicial District Court, Parish of Lafayette, State of Louisiana.

The Motion to Strike plaintiff's First Supplemental and Amended Complaint [doc. #16] filed on behalf of Ortho-McNeil Pharmaceuticals, Inc. is hereby rendered MOOT.

Lafayette, Louisiana this 18 day of December, 2003.

COPY SENT:
DATE: 12-22-03
BY: ___
TO: Audrey Jurin

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

